UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DIANE PALUMBO,

            Plaintiff,

v.

CAREFUSION 2200, INC., and OLIVER "WHIT" CHAMPAGNE,

            Defendants.

**MEDIATION SCHEDULING ORDER**

12-CV-06282 EAW

---

This case having previously participated in the Court's mediation program (Dkt. 24), and the Court having recently adjudicated Defendants' motion for summary judgment (Dkt. 53), it is

**ORDERED**, that the parties shall contact the previously selected mediator, Steven V. Modica, for the purpose of arranging further mediation, and that the further mediation shall be completed no later than **December 10, 2014.** The parties are instructed to inform the Court upon completion of the mediation.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
United States District Judge

Dated: September 16, 2014
       Rochester, New York